MICHAEL J. BIDART #60582
RICARDO ECHEVERRIA #166049
STEVEN SCHUETZE #143778
**SHERNOFF BIDART ECHEVERRIA LLP**
600 South Indian Hill Boulevard
Claremont, CA 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Attorneys for Defendants and Counterclaimants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation; LIBERTY INSURANCE UNDERWRITERS, INC., an Illinois corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LEDESMA & MEYER CONSTRUCTION COMPANY, INC. a California corporation; JOSEPH LEDESMA, an individual; KRIS MEYER, an individual;<br><br>　　　　Defendants.<br><br>LEDESMA & MEYER CONSTRUCTION COMPANY, INC. a California corporation; JOSEPH LEDESMA, an individual; KRIS MEYER, an individual<br><br>　　　　Counterclaimants, | Case No.: CV12-00900 RGK (SPx)<br><br>**DEFENDANTS' RE-FILING OF MOTION FOR SUMMARY JUDGMENT (DE 55) RE: SCHOOL DISTRICT PURSUANT TO FEBRUARY 11, 2019 COURT ORDER (DE 119)** |

| | |
|---|---|
| vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation; LIBERTY INSURANCE UNDERWRITERS, INC., a Illinois corporation,<br><br>Counterdefendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to this Court's Order Re: Filing Post-Mandate Motion for Summary Judgment issued on February 11, 2019, Defendants/Counterclaimants Ledesma & Meyer Construction Company, Inc., Joseph Ledesma and Kris Meyer are refiling their Motion for Summary Judgment, and related papers, originally filed on December 3, 2012, and refiling their Reply, and related papers, originally filed on December 31, 2012. As ordered by the Court, the motion and reply papers have been modified to include only the portions of the originals related to whether the School District is covered under L&M's insurance policies. The portions of the motion and reply papers solely related to matters related to the issues addressed and determined by the Ninth Circuit have been redacted from the original papers.

The following documents are being refiled with the Court:

1. Defendants' Notice of Motion for Summary Judgment (DE 55) [modified];
2. Defendants' Memorandum of Points and Authorities (DE 55-1) [modified];
3. Declaration of Christopher Hopper (DE 55-2);

4. [PROPOSED] Order Granting Summary Judgment to Defendants [DE 55-3](modified);

5. Declaration of Ricardo Echeverria with Exhibits in Support of Defendants' Motion [DE 56];

6. Defendants' Notice of Lodging [Proposed] Statement of Uncontroverted Facts and Conclusions of Law (DE 57);

7. Defendants' [Proposed] Statement of Uncontroverted Facts and Conclusions of Law (DE 57-1)(modified);

8. Defendants' Reply to Plaintiffs' Opposition to Motion for Summary Judgment (DE-68)(modified);

9. Defendants' Response to L&M's Proposed Statement of Fact (DE-67).

The Court's Order states the documents will be taken under submission for the Court's consideration. Defendants will therefore not file any additional documents or an amended notice of hearing.

Date: February 25, 2019

SHERNOFF BIDART ECHEVERRIA LLP

By___/s/_Michael Bidart_____
   MICHAEL J. BIDART
   RICARDO ECHEVERRIA
   STEVEN SCHUETZE
   Attorneys for Defendants/
   Counterclaimants

Re:  *Ledesma & Meyer Construction Co. adv. Liberty Surplus Ins. Corp.*
Case No.  12-0900 RGK (SPx)

# CERTIFICATE OF SERVICE

I hereby certify that on **February 25, 2019**, I electronically filed the foregoing document entitled **NOTICE OF DEFENDANTS' RE-FILING OF MOTION FOR SUMMARY JUDGMENT (DE 55) RE: SCHOOL DISTRICT PURSUANT TO FEBRUARY 11, 2019 COURT ORDER  (DE 119)** with the United States District Court for the Central District.  Notice will be automatically e-mailed to the following individuals registered with the Court's CM/ECF System:

Patrick Fredette, Esq.
Christopher Ryan, Esq.
McCormick Barstow Sheppard Wayte & Carruth LLP
Scripps Center
312 Walnut Street, Suite 1050
Cincinnati, OH  45202
(513) 762-7520
FAX:  (513) 762-7521
patrick.fredette@mccormickbarstow.com
christopher.ryan@mccormickbarstow.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 25, 2019,** at Claremont, California.

                                          */s/ Debbie Hunter*
                                     DEBBIE HUNTER