McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
  *patrick.fredette@mccormickbarstow.com*
Christopher Ryan, #294854
  *christopher.ryan@mccormickbarstow.com*
Scripps Center
312 Walnut Street, Ste. 1050
Cincinnati, OH 45202
Telephone: (513) 762-7520
Facsimile: (513) 762-7521

Attorneys for Plaintiffs/Counterdefendants
Liberty Surplus Insurance Corporation
Liberty Insurance Underwriters, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation; LIBERTY INSURANCE UNDERWRITERS INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEDESMA & MEYER CONSTRUCTION COMPANY, INC., a California corporation; JOSEPH LEDESMA, an individual; KRIS MEYER, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:12-cv-00900-RGK-SP<br><br>**OBJECTION TO PORTIONS OF FILING BY DEFENDANTS**<br><br>Judge: Hon. R. Gary Klausner<br><br>Crtrm.: 850 |

By and through counsel, Plaintiffs and Counter-defendants Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc. (collectively, "Liberty") respectfully object to portions of the documents submitted pursuant to the Court's Order of February 11, 2019 ("Order") by Defendants and Counter-plaintiffs Ledesma &

1   2:12-CV-900
OBJECTION TO PORTIONS OF FILING BY DEFENDANTS
McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

Meyer Construction Co., Inc., Kris Meyer, and Joseph Ledesma (collectively, "L&M").

The Court's Order directs the parties to refile certain specified briefs which "shall be modified to include only the portions of the original documents related to the issue of whether the School District is covered under L&M's insurance policies." (Order, Dkt. 119.)

Liberty understands the Court's Order necessarily requests that the parties re-submit their briefs insofar as they address whether the School District qualifies as an insured under the Liberty policies, and thus whether Liberty had a duty to defend the School District, as insured status would be the only source of direct coverage to the School District under the Liberty policies. To Liberty's understanding, the request does not encompass the issue of whether Liberty is obligated to provide coverage to L&M for amounts that L&M purports to have itself incurred to defend the School District under any claimed contractual obligation between L&M and the School District, as the latter relates to coverage – if any – Liberty would owe to L&M under the Liberty policies, not the School District.

Based on this understanding, Liberty filed a Request for Clarification to the Court on February 22, 2019. L&M filed a Response to Liberty's Request on February 25, 2019 (Dkt. 121). While L&M's Response characterizes Liberty's Request as "unsolicited" – as if there would be a "solicited" request to clarify – the Response appears to only reinforce Liberty's position on the scope of the Court's Order. In particular, and from Liberty's perspective, L&M's Response broadens what the Court directed in the Order. The Court limited the parties to the issue of whether the "School District is covered under L&M's insurance policies," which Liberty views as whether or not the School District is an insured under "L&M's insurance policies." Rather then restrict its submission to that issue, L&M also raised whether L&M *itself* is covered under the Liberty policies for sums L&M claims it incurred to defend the School District, which is an entirely different subject.

On February 25, 2019, counsel for Defendants and Counter-plaintiffs L&M re-

filed briefs with the Court that included discussion of coverage that L&M claims Liberty owes directly to L&M, including but not limited to, L&M's purported indemnity obligation to the School District. Thus, Liberty objects to those portions of the documents that Liberty views as inconsistent with the Court's Order. Specifically, Liberty objects to the following portions of L&M's re-filed Summary Judgment Brief (Dkt. 123-2): Sections III.A., III.B. (pp. 8-11); Section III.D.ii (pp. 15-19); and Section III.E (pp. 19-20). Liberty also objects to the following portions of L&M's re-filed Reply in support of its Motion for Summary Judgment (Dkt. 123-11): Section I.C.1 (p. 9), and Section I.D. (pp. 12-13).

Those portions to which Liberty objects address issues outside the scope of the Court's Order and implicate matters which would require further briefing on disparate matters. To the extent that L&M argue in the re-submitted material that L&M had a duty to defend and/or indemnify the School District in relation to the underlying action, and the extent of that obligation, the briefing is not focused on whether the School District itself is "covered under L&M's insurance policies," and thus addresses broader considerations. For example, the issue would turn in part on interpretation of the contract between the School District and L&M, and the extent to which the underlying action alleged the independent liability of the School District. These issues have not been fully briefed before the Court in previous filings, including those referenced in the Court's order.

"Redundant, immaterial, or scandalous matter" may be stricken from pleadings. Fed. R. Civ. Proc. 12(f). Here, the material to which Liberty objects,[1] is immaterial in relation to the scope of the Court's Order. As a result, Liberty respectfully requests that it be stricken from the filing as the Court considers School District's insured status.

---

[1] L&M's re-filed Summary Judgment Brief (Dkt. 123-2): Sections III.A., III.B. (pp. 8-11); Section III.D.ii (pp. 15-19); and Section III.E (pp. 19-20).

L&M's re-filed Reply in support of its Motion for Summary Judgment (Dkt. 123-11): Section I.C.1 (p. 9), and Section I.D. (pp. 12-13).

1

2  Dated: February 26, 2019

3

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

4

5

6  By: *s/ Patrick Fredette*
Patrick Fredette

7  Christopher Ryan
Attorneys for Plaintiffs/Counterdefendants

8  Liberty Surplus Insurance Corporation
Liberty Insurance Underwriters, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
312 WALNUT STREET
CINCINNATI, OH 45202

4                                    2:12-CV-900
OBJECTION TO PORTIONS OF FILING BY DEFENDANTS

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2019, a copy of foregoing Objection to Portions of Filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Christopher Ryan*
Attorney for Liberty Surplus Insurance Corporation and Liberty Insurance Underwriters Inc.

5751324.1